# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FRANCES FORD, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC.; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP INC.; & LAW OFFICE OF MICHAEL R. STILLMAN, PC d/b/a/ THE STILLMAN LAW OFFICE<br><br>    Defendants. | Case No. 16-12612<br>Hon. Terrence G. Berg |

## ORDER REQUIRING SUPPLEMENTAL BRIEFING

As stated on the record during the April 3, 2017 hearing in this case, the parties shall submit supplemental briefing on the following:

(1) Whether there exists a contract between the parties;

(2) Whether the issue of waiver of the right to arbitrate should be decided by this court or an arbitrator; and

(3) The legal effect, if any, of the Consumer Financial Protection Bureau Consent Order, CFPB No. 2015-CFPB-0022, on the question of whether Defendants waived any of their rights to arbitrate under the alleged contract.

Plaintiff's brief is due **May 1, 2017**, Defendants' responses are **due May 22, 2017**, and any reply by Plaintiff is due **May 29, 2017**. Plaintiff's

brief and Defendants' responses may not exceed twenty-five (25) pages, and Plaintiff's reply, if any, may not exceed seven (7) pages.

In addition, Defendants shall file a legible copy of the alleged contract as soon as possible.

**SO ORDERED.**

Dated: April 4, 2017         s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on April 4, 2017, using the CM/ECF system, which will send notification to all parties.

                             s/A. Chubb
                             Case Manager